**98–1028.   State v. Sprafka.**

Lake App. No. 96–L–137.   *Sua sponte,* cause held for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419;   briefing schedule stayed.